**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LUMINATI NETWORKS LTD., | § § § | |
| *Plaintiff*, | § § | Case No. 2:20-cv-00188-JRG-RSP |
| v. | § § | |
| NETNUT LTD., | § § | |
| *Defendant*. | § § | |

**ORDER**

Defendant NetNut Ltd. previously filed a Motion to Dismiss. (Dkt. No. 17). Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 51), recommending denial of NetNut's Motion to Dismiss. Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 17) is **DENIED**.

**So Ordered this**

**Jan 25, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE