# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LUMINATI NETWORKS LTD.,<br><br>       Plaintiff,<br><br>v.<br><br>NETNUT LTD.,<br><br>       Defendant. | Case No.  2:20-CV-00188-JRG |

## ORDER GRANTING DEFENDANT NETNUT LTD.'S MOTION TO STAY PENDING *EX PARTE* REEXAMINATION

Before the Court is Defendant NetNut Ltd.'s Motion to Stay Pending *Ex Parte* Reexamination. After consideration of said motion, the Court hereby finds that Defendant's motion shall be GRANTED.

IT IS THEREFORE ORDERED that the above-captioned action shall be stayed pending resolution of *ex parte* reexamination of U.S. Patent Nos. 10,484,511 and 10,637,968.