Exhibit 3



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2019

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81............................................................ 13987

  a. By patent owner    3919   28%

  b. by other member of the public    9893   71%

  c. By order of Commissioner    175   1%

2. Number of Filings by discipline

  a. Chemical Operation    3791   27%

  b. Electrical Operation    5214   37%

  c. Mechanical Operation    4732   34%

  d. Design Patents    250   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 600 | 2015 | 244 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 690 | 2016 | 222 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 603 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 697 | 2018 | 187 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 734 | 2019 | 163 |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 780 | | |

4. Number known to be in litigation............................................................................................ 1938   14%

5. Decisions on requests [2] ........................................................................................ 14130

  a. No. granted    12905   91%

    (1) By examiner    12718

    (2) By Director (on petition)    187

  b. No. denied    1277   9%

    (1) By examiner    1225

    (2) Reexam vacated    52

6. Total examiner denials (includes denials reversed by Director)................................... 1226

  a. Patent owner requester    524   43%

  b. Third party requester    702   57%

1 Total decisions on requests does not include requests that have been vacated or are pending.

2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.

7. Overall reexamination pendency (Filing date to certificate issue date).......................
      a. Average pendency          25.8 (mos.)
      b. Median pendency          19.4 (mos.)

8. Total ex parte reexamination certificates issued (1981 - present)....................   11980

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall | Numbers |
|---|---|---|---|---|---|
| a. Certificates with all claims confirmed | 6% | 15% | 0% | 20.7% | 2480 |
| b. Certificates with all claims canceled | 3% | 10% | 0% | 12.7% | 1517 |
| c. Certificates with claims changes | 19% | 46% | 1% | 66.6% | 7983 |

9. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
      a. Certificates – PATENT OWNER REQUESTER          3325
          a. All claims confirmed          693   21%
          b. All claims canceled          300   9%
          c. Claims changed          2332   70%
      b. Certificates – 3rd PARTY REQUESTER          8481
          a. All claims confirmed          1769   21%
          b. All claims canceled          1170   14%
          c. Claims changed          5542   65%
      c. Certificates – COMMISSIONER INITIATED REEXAM          174
          a. All claims confirmed          18   10%
          b. All claims canceled          47   27%
          c. Claims changed          109   63%

---

1 Total decisions on requests does not include requests that have been vacated or are pending.
2 The Director granted requests are only granted petitions on denial under 37 CFR 1.515.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2018

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81..................................................... 14005
    a. By patent owner ......................................................................... 4137   30%
    b. by other member of the public ................................................. 9825   70%
    c. By order of Commissioner ........................................................ 43   0%

2. Number of Filings by discipline
    a. Chemical Operation ................................................................. 3782   27%
    b. Electrical Operation ................................................................. 5270   38%
    c. Mechanical Operation .............................................................. 4717   34%
    d. Design Patents ......................................................................... 236   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 225 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 189 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | 2018 | 189 |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation.......................................................................... 4731   34%

5. Decisions on requests.......................................................................... 13178
    a. No. granted ............................................................................. 12042   91%
        (1) By examiner ..................................................................... 11891
        (2) By Director (on petition) ................................................. 151
    b. No. denied .............................................................................. 1136   9%
        (1) By examiner ..................................................................... 1089
        (2) Reexam vacated ............................................................. 47

6. Total examiner denials (includes denials reversed by Director)..................................... 2272
    a. Patent owner requester ........................................................... 586   26%
    b. Third party requester ............................................................... 1686   74%

7. Overall reexamination pendency (Filing date to certificate issue date).........................
    a. Average pendency .................................................................. 27.7 (mos.)
    b. Median pendency ................................................................... 19.8 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | 21% |
| b. All claims canceled | 3% | 10% | 0% | 12% |
| c. Claims changed | 20% | 47% | 0% | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3337 |
| a. All claims confirmed | 690 | 21% |
| b. All claims canceled | 293 | 9% |
| c. Claims changed | 2313 | 69% |
| b. Certificates – 3rd PARTY REQUESTER | | 8362 |
| a. All claims confirmed | 1681 | 20% |
| b. All claims canceled | 1062 | 13% |
| c. Claims changed | 5174 | 62% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All claims canceled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2017

1. Total requests filed since start of *Ex Parte* reexam on 07/01/81.................................................... 13641
    a. By patent owner    3912   29%
    b. by other member of the public    9686   71%
    c. By order of Commissioner    43   0%

2. Number of Filings by dicipline
    a. Chemical Operation    3670   27%
    b. Electrical Operation    5148   38%
    c. Mechanical Operation    4596   34%
    d. Design Patents    227   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2016 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | 2017 | 191 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation........................................................................... 4648   34%

5. Decisions on requests................................................................................. 13147
    a. No. granted    12047   92%
        (1) By examiner    11913
        (2) By Director (on petition)    134
    b. No. denied    1100   8%
        (1) By examiner    1054
        (2) Reexam vacated    46

6. Total examiner denials (includes denials reversed by Director)..................................... 1056
    a. Patent owner requester    494   47%
    b. Third party requester    562   53%

7. Overall reexamination pendency (Filing date to certificate issue date).........................
    a. Average pendency    26.4 (mos.)
    b. Median pendency    19.4 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

data as of 9/30/2016

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 46% | 0% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 11403

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2391 | 21% |
| b. Certificates with all claims canceled | 1404 | 12% |
| c. Certificates with claims changes | 7608 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3296 |
| a. All claims confirmed | 690 | 21% |
| b. All calims cancled | 293 | 9% |
| c. Claims changed | 2313 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7917 |
| a. All claims confirmed | 1681 | 21% |
| b. All calims cancled | 1062 | 13% |
| c. Claims changed | 5174 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2016

1. Total requests filed since start of *Ex Parte reexam* on 07/01/81…………………………………………………..... 13450

    a. By patent owner    3887   29%

    b. by other member of the public    9520   71%

    c. By order of Commissioner    43   0%

2. Number of Filings by dicipline

    a. Chemical Operation    3632   27%

    b. Electrical Operation    5085   38%

    c. Mechanical Operation    4521   34%

    d. Design Patents    212   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 242 | 1997 | 380 | 2005 | 520 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 348 | 2006 | 473 | 2014 | 355 |
| 1983 | 186 | 1991 | 309 | 1999 | 391 | 2007 | 601 | 2015 | 243 |
| 1984 | 189 | 1992 | 390 | 2000 | 312 | 2008 | 691 | 2015 | 219 |
| 1985 | 230 | 1993 | 359 | 2001 | 295 | 2009 | 605 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 698 | | |
| 1987 | 240 | 1995 | 395 | 2003 | 394 | 2011 | 736 | | |
| 1988 | 269 | 1996 | 413 | 2004 | 436 | 2012 | 781 | | |

4. Number known to be in litigation……………………………………………………………………... 4350   32%

5. Decisions on requests……………………………………………………………………… 12929

    a. No. granted    11835   92%

      (1) By examiner    11704

      (2) By Director (on petition)    131

    b. No. denied    1094   8%

      (1) By examiner    1048

      (2) Reexam vacated    46

6. Total examiner denials (includes denials reversed by Director)……………………………. 1048

    a. Patent owner requester    492   47%

    b. Third party requester    556   53%

7. Overall reexamination pendency (Filing date to certificate issue date)…………………….

    a. Average pendency    25.77 (mos.)

    b. Median pendency    20.2 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 0% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) ……………………… 10979

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2337 | 21% |
| b. Certificates with all claims canceled | 1339 | 12% |
| c. Certificates with claims changes | 7303 | 67% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3270 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 291 | 9% |
| c. Claims changed | 2294 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7519 |
| a. All claims confirmed | 1631 | 22% |
| b. All calims cancled | 999 | 13% |
| c. Claims changed | 4889 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 41 |
| a. All claims confirmed | 2 | 5% |
| b. All calims cancled | 23 | 56% |
| c. Claims changed | 16 | 39% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2015

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*................................................................ 13136

    a. By patent owner ......................................................................................................................... 3957   30%

    b. by other member of the public .................................................................................................. 9014   69%

    c. By order of Commissioner ........................................................................................................ 165   1%

2. Number of Filings by dicipline

    a. Chemical Operation .................................................................................................................. 3569   27%

    b. Electrical Operation .................................................................................................................. 5265   40%

    c. Mechanical Operation ............................................................................................................... 4418   34%

    d. Design Patents .......................................................................................................................... 220   2%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 296 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 342 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | 2015 | 240 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation................................................................................... 4819   37%

5. Decisions on requests...................................................................................................... 12641

    a. No. granted ............................................................................................................................... 11623   92%

        (1) By examiner ....................................................................................................................... 11492

        (2) By Director (on petition) .................................................................................................... 131

    b. No. denied ................................................................................................................................. 1018   8%

        (1) By examiner ....................................................................................................................... 980

        (2) Reexam vacated ................................................................................................................ 38

6. Total examiner denials (includes denials reversed by Director).................................... 1118

    a. Patent owner requester ............................................................................................................. 496   44%

    b. Third party requester ................................................................................................................. 622   56%

7. Overall reexamination pendency (Filing date to certificate issue date).........................

    a. Average pendency .................................................................................................................... 26.5 (mos.)

    b. Median pendency ...................................................................................................................... 19.6 (mos.)

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 45% | 1% | | 67% |

9. Total ex parte reexamination certificates issued (1981 – present) ........................... 10951
- a. Certificates with all claims confirmed — 2331 — 21%
- b. Certificates with all claims canceled — 1334 — 12%
- c. Certificates with claims changes — 7286 — 67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
- a. Certificates – PATENT OWNER REQUESTER — 3268
  - a. All claims confirmed — 685 — 21%
  - b. All calims cancled — 291 — 9%
  - c. Claims changed — 2292 — 70%
- b. Certificates – 3rd PARTY REQUESTER — 7513
  - a. All claims confirmed — 1628 — 22%
  - b. All calims cancled — 998 — 13%
  - c. Claims changed — 4887 — 65%
- c. Certificates – COMMISSIONER INITIATED REEXAM — 170
  - a. All claims confirmed — 18 — 11%
  - b. All calims cancled — 45 — 26%
  - c. Claims changed — 107 — 63%

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2014

| | | |
|---|---|---|
| 1. Total requests filed since start of *Ex Parte reexam* on 07/01/81…………………………………………………….. | 13217 | |
| a. By patent owner | 3833 | 29% |
| b. by other member of the public | 9217 | 70% |
| c. By order of Commissioner | 167 | 1% |

2. Number of Filings by dicipline

| | | |
|---|---|---|
| a. Chemical Operation | 3516 | 27% |
| b. Electrical Operation | 5167 | 39% |
| c. Mechanical Operation | 4330 | 33% |
| d. Design Patents | 204 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | 2014 | 343 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

| | | |
|---|---|---|
| 4. Number known to be in litigation……………………………………………………………………. | 4362 | 33% |

| | | |
|---|---|---|
| 5. Decisions on requests…………………………………………………………………… | 12429 | |
| a. No. granted | 11402 | 92% |
| (1) By examiner | 11271 | |
| (2) By Director (on petition) | 131 | |
| b. No. denied | 1027 | 8% |
| (1) By examiner | 990 | |
| (2) Reexam vacated | 37 | |

| | | |
|---|---|---|
| 6. Total examiner denials (includes denials reversed by Director)……………………………. | 1067 | |
| a. Patent owner requester | 665 | 62% |
| b. Third party requester | 621 | 58% |

| | | |
|---|---|---|
| 7. Overall reexamination pendency (Filing date to certificate issue date)………………………. | | |
| a. Average pendency | 22.3 (mos.) | |
| b. Median pendency | 15.9 (mos.) | |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 22% |
| b. All calims cancled | 3% | 9% | 0% | | 12% |
| c. Claims changed | 21% | 44% | 1% | | 66% |

9. Total ex parte reexamination certificates issued (1981 – present) .......................... 10698

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2303 | 22% |
| b. Certificates with all claims canceled | 1301 | 12% |
| c. Certificates with claims changes | 7094 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3256 |
| a. All claims confirmed | 685 | 21% |
| b. All calims cancled | 289 | 9% |
| c. Claims changed | 2282 | 70% |
| b. Certificates – 3rd PARTY REQUESTER | | 7272 |
| a. All claims confirmed | 1600 | 22% |
| b. All calims cancled | 967 | 13% |
| c. Claims changed | 4705 | 65% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 170 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 45 | 26% |
| c. Claims changed | 107 | 63% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2013

1. Total requests filed since start of *Ex Parte reexam on 07/01/81*………………………… 12874

|  |  |  |
|---|---|---|
| a. By patent owner | 3833 | 30% |
| b. by other member of the public | 8874 | 69% |
| c. By order of Commissioner | 167 | 1% |

2. Number of Filings by dicipline

|  |  |  |
|---|---|---|
| a. Chemical Operation | 3435 | 27% |
| b. Electrical Operation | 5001 | 39% |
| c. Mechanical Operation | 4234 | 33% |
| d. Design Patents | 204 | 2% |

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos. | 1989 | 243 | 1997 | 376 | 2005 | 524 | 2013 | 305 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 | | |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 | | |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 | | |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 787 | | |

4. Number known to be in litigation……………………………. 4167 32%

5. Decisions on requests………………………………. 12016

|  |  |  |
|---|---|---|
| a. No. granted | 11013 | 92% |
| (1) By examiner | 10891 | |
| (2) By Director (on petition) | 122 | |
| b. No. denied | 1003 | 8% |
| (1) By examiner | 968 | |
| (2) Reexam vacated | 35 | |

6. Total examiner denials (includes denials reversed by Director)……………………………. 1067

|  |  |  |
|---|---|---|
| a. Patent owner requester | 498 | 47% |
| b. Third party requester | 606 | 57% |

7. Overall reexamination pendency (Filing date to certificate issue date)

|  |  |
|---|---|
| a. Average pendency | 27.8 (mos.) |
| b. Median pendency | 20.1 (mos.) |

1 Total decisions on requests does not include requests that have been vacated or are pending.

8. Reexam certificate claim analysis:

| | Owner Requeste | 3rd Party Requeste | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 6% | 15% | 0% | | 21% |
| b. All calims cancled | 3% | 8% | 0% | | 11% |
| c. Claims changed | 21% | 40% | 1% | | 62% |

9. Total ex parte reexamination certificates issued (1981 – present) ...................... 9991

| | | |
|---|---|---|
| a. Certificates with all claims confirmed | 2241 | 22% |
| b. Certificates with all claims canceled | 1205 | 12% |
| c. Certificates with claims changes | 6545 | 66% |

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

| | | |
|---|---|---|
| a. Certificates – PATENT OWNER REQUESTER | | 3279 |
| a. All claims confirmed | 682 | 21% |
| b. All calims cancled | 283 | 9% |
| c. Claims changed | 2239 | 68% |
| b. Certificates – 3rd PARTY REQUESTER | | 7174 |
| a. All claims confirmed | 1541 | 21% |
| b. All calims cancled | 882 | 12% |
| c. Claims changed | 4201 | 59% |
| c. Certificates – COMMISSIONER INITIATED REEXAM | | 164 |
| a. All claims confirmed | 18 | 11% |
| b. All calims cancled | 40 | 24% |
| c. Claims changed | 105 | 64% |

1 Total decisions on requests does not include requests that have been vacated or are pending.



United States Patent and Trademark Office

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - September 30, 2012

1. Total requests filed since start of *ex parte reexam on 07/01/81*....................................   12569
    a. By patent owner    3872   31%
    b. by other member of the public    8532   68%
    c. By order of Commissioner    165   1%

2. Number a. Chemical Operation    3373   27%
    b. Electrical Operation    4831   38%
    c. Mechanical Operation    4178   33%
    d. Design Patents    187   1%

3. Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No | Fiscal Yr. | No |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | 2012 | 788 |

4. Number known to be in litigation.................................................................   3994   32%

5. Decisions on requests.............................................................................   11737
    a. No. granted............................................................................. 10755   92%
        (1) By examiner    10762
        (2) By Director (on petition)    122
    b. No. denied............................................................................... 982   8%
        (1) By examiner    961
        (2) Reexam vacated    35
6. Total examiner denials (includes denials reversed by Director).................................   1078
    a. Patent owner requester    496   46%
    b. Third party requester    582   54%

7. Overall reexamination pendency (Filing date to certificate issue date)
    a. Average pendency    27.9   (mos.)
    b. Median pendency    20.5   (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiate | | Overall |
|---|---|---|---|---|---|
| a. All claims confirmed | 21% | 22% | 11% | | 21% |
| b. All calims cancled | 8% | 12% | 24% | | 11% |
| c. Claims changed | 71% | 66% | 65% | | 68% |

9. Total ex parte reexamination certificates issued (1981 – present) ………………………   9328
    a. Certificates with all claims confirmed    2029    22%
    b. Certificates with all claims canceled    1063    11%
    c. Certificates with claims changes    6236    67%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.
    a. Certificates – PATENT OWNER REQUESTER    3176
        a. All claims confirmed    669    21%
        b. All calims cancled    280    9%
        c. Claims changed    2227    70%
    b. Certificates – 3rd PARTY REQUESTER    6026
        a. All claims confirmed    1348    22%
        b. All calims cancled    745    12%
        c. Claims changed    3933    65%
    c. Certificates – COMMISSIONER INITIATED REEXAM    164
        a. All claims confirmed    18    11%
        b. All calims cancled    38    23%
        c. Claims changed    108    66%

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
**www.uspto.gov**

<u>*Ex Parte*</u> Reexamination Filing Data  -  September 30, 2011

1.   Total requests filed since start of *ex parte* reexam on 07/01/81....................................11782[1]

|   |   |   |   |
|---|---|---|---|
| a. | By patent owner | 3801 | 33% |
| b. | By other member of public | 7815 | 66% |
| c. | By order of Commissioner | 166 | 1% |

2.   Number of filings by discipline

|   |   |   |   |
|---|---|---|---|
| a. | Chemical Operation | 3211 | 27% |
| b. | Electrical Operation | 4405 | 37% |
| c. | Mechanical Operation | 3987 | 34% |
| d. | Design Patents | 179 | 2% |

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | 2011 | 759 |
| 1988 | 268 | 1996 | 418 | 2004 | 441 |   |   |

4.   Number known to be in litigation.............…..……….…................. .3894.….…………33%

5.   Decisions on requests........…………………………………………………………...11262

   a.   No. granted........……………………………………… 10333…………...92%

|   |   |   |
|---|---|---|
| (1) | By examiner | 10213 |
| (2) | By Director (on petition) | 120 |

   b.   No. denied ……………………………………………………929…………......8%

|   |   |   |
|---|---|---|
| (1) | By examiner | 894 |
| (2) | Reexam vacated | 35 |

---

[1]Of the requests received in FY 2011, 22 requests have not yet been accorded a filing date, and preprocessing of 35 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.    Total examiner denials (includes denials reversed by Director)…………........................1014

    a.   Patent owner requester                                476     47%
    b.   Third party requester                                  538     53%

7.    Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                    25.6 (mos.)
    b.   Median pendency                     19.9 (mos.)

8.    Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 21% | 24% | 11% | 23% |
| b. | All claims cancelled | 9% | 12% | 23% | 11% |
| c. | Claims changes | 70% | 64% | 66% | 66% |

9.    Total *ex parte* reexamination certificates issued (1981 – present) ………………………8578

    a.   Certificates with all claims confirmed           1943     23%
    b.   Certificates with all claims canceled            974     11%
    c.   Certificates with claims changes             5661     66%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER ………………………………..3040

        (1)  All claims confirmed            651     21%
        (2)  All claims canceled            264     9%
        (3)  Claim changes              2125     70%

    b.   Certificates – 3rd PARTY REQUESTER ………………………………………..5380

        (1)  All claims confirmed        1274     24%
        (2)  All claims canceled         674     12%
        (3)  Claim changes          3432     64%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....158

        (1)  All claims confirmed          18     11%
        (2)  All claims canceled         36     23%
        (3)  Claim changes          104     66%

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2010

1.   Total requests filed since start of *ex parte* reexam on 07/01/81................................. 11023[1]

|   |   |   |
|---|---|---|
| a.  By patent owner | 3697 | 34% |
| b.  By other member of public | 7161 | 65% |
| c.  By order of Commissioner | 165 | 1% |

2.   Number of filings by discipline

|   |   |   |
|---|---|---|
| a.  Chemical Operation | 3068 | 28% |
| b.  Electrical Operation | 4010 | 36% |
| c.  Mechanical Operation | 3771 | 34% |
| d.  Design Patents | 174 | 2% |

3.   Annual *Ex Parte* Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010 | 780 |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation………....…….……................... .3568……………32%

5.   Decisions on requests……………………………………………………………………..10495

a.   No. granted…………………………………………………… …9648…………....92%

|   |   |
|---|---|
| (1)  By examiner | 9534 |
| (2)  By Director (on petition) | 114 |

b.   No. denied …………………………………………………………847…………......8%

|   |   |
|---|---|
| (1)  By examiner | 812 |
| (2)  Reexam vacated | 35 |

---

[1]Of the requests received in FY 2010, 16 requests have not yet been accorded a filing date, and preprocessing of 80 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................926

    a.   Patent owner requester              451        49%
    b.   Third party requester               475        51%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency               25.5 (mos.)
    b.   Median pendency                20.0 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 25% | 12% | 23% |
| b. | All claims cancelled | 8% | 13% | 23% | 12% |
| c. | Claims changes | 70% | 62% | 65% | 65% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7782

    a.   Certificates with all claims confirmed      1817    23%
    b.   Certificates with all claims canceled       893    12%
    c.   Certificates with claims changes       5072    65%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………..2947

        (1)   All claims confirmed        638    22%
        (2)   All claims canceled        251    8%
        (3)   Claim changes         2058    70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………..4681

        (1)   All claims confirmed      1161    25%
        (2)   All claims canceled       607    13%
        (3)   Claim changes       2913    62%

    c.   Certificates – COMMISSIONER INITIATED REEXAM …………..………....154

        (1)   All claims confirmed         18    12%
        (2)   All claims canceled         35    23%
        (3)   Claim changes         101    65%

2



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### _Ex Parte_ Reexamination Filing Data  -  September 30, 2009

1.  Total requests filed since start of _ex parte_ reexam on 07/01/81..................................10243[1]

     a.  By patent owner          3634      35%
     b.  By other member of public     6444      63%
     c.  By order of Commissioner     165      2%

2.  Number of filings by discipline

     a.  Chemical Operation       2931      29%
     b.  Electrical Operation      3596      35%
     c.  Mechanical Operation     3554      34%
     d.  Design Patents         162      2%

3.  Annual _Ex Parte_ Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.  Number known to be in litigation…………...…….……................. .3221……………31%

5.  Decisions on requests……………………………………………………………...9833

    a.  No. granted…………………………………………………… …9041…………....92%

       (1)  By examiner           8928
       (2)  By Director (on petition)     113

    b.  No. denied …………………………………………………………792…………....8%

       (1)  By examiner           757
       (2)  Reexam vacated        35

---

[1]Of the requests received in FY 2009, 22 requests have not yet been accorded a filing date, and preprocessing of 41 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.   Total examiner denials (includes denials reversed by Director)…………........................870

    a.   Patent owner requester                         445      51%
    b.   Third party requester                           425      49%

7.   Overall reexamination pendency (Filing date to certificate issue date)

    a.   Average pendency                         25.2 (mos.)
    b.   Median pendency                        19.7 (mos.)

8.   Reexam certificate claim analysis:

| | | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|---|
| a. | All claims confirmed | 22% | 26% | 12% | 25% |
| b. | All claims cancelled | 8% | 13% | 23% | 11% |
| c. | Claims changes | 70% | 61% | 65% | 64% |

9.   Total *ex parte* reexamination certificates issued (1981 – present) ………………………7089

    a.   Certificates with all claims confirmed           1725      25%
    b.   Certificates with all claims canceled            807      11%
    c.   Certificates with claims changes              4557      64%

10.   Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a.   Certificates – PATENT OWNER REQUESTER …………………………………2827

        (1)   All claims confirmed                625      22%
        (2)   All claims canceled                233      8%
        (3)   Claim changes                   1969      70%

    b.   Certificates – 3rd PARTY REQUESTER …………………………………………4111

        (1)   All claims confirmed             1082      26%
        (2)   All claims canceled              540      13%
        (3)   Claim changes                2489      61%

    c.   Certificates – COMMISSIONER INITIATED REEXAM ………….………….....151

        (1)   All claims confirmed                 18      12%
        (2)   All claims canceled                34      23%
        (3)   Claim changes                   99      65%



UNITED STATES PATENT AND TRADEMARK OFFICE

> Commissioner for Patents
> United States Patent and Trademark Office
> P.O. Box 1450
> Alexandria, VA 22313-1450
> www.uspto.gov

_Ex Parte_ Reexamination Filing Data  -  September 30, 2008

1.   Total requests filed since start of _ex partes_ reexam on 07/01/81 ................................ 9585[1]

    a.  By patent owner     3567     37%
    b.  By other member of public     5853     61%
    c.  By order of Commissioner     165     2%

2.   Number of filings by discipline

    a.  Chemical Operation     2811     29%
    b.  Electrical Operation     3261     34%
    c.  Mechanical Operation     3357     35%
    d.  Design Patents     156     2%

3.   Annual  Ex Parte Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|---|---|---|---|---|---|---|---|
| 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
| 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
| 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
| 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
| 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
| 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
| 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
| 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4.   Number known to be in litigation…………...…….…….................. .2849………….......30%

5.   Decisions on requests…………………………………………………………………...9219

   a.  No. granted…………………………………………………… …8467…………....92%

      (1)  By examiner     8354
      (2)  By Director (on petition)     113

   b.  No. denied …………………………………………………752…………......8%

      (1)  By examiner     717
      (2)  Reexam vacated     35

---

[1]Of the requests received in FY 2008, 7 requests have not yet been accorded a filing date, and preprocessing of 15 requests was terminated for failure to comply with the requirements of 37 CFR 1.510.  See Clarification of Filing Date Requirements for _Ex Parte_ and _Inter Partes_ Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6.    Total examiner denials (includes denials reserved by Director)…………........................830

      a.   Patent owner requester                       441      53%
      b.   Third party requester                      389      47%

7.    Overall reexamination pendency (Filing date to certificate issue date)

      a.   Average  pendency               24.5 (mos.)
      b.   Median pendency                19.0 (mos.)

8.    Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a.   All claims confirmed | 22% | 28% | 12% | 25% |
| b.   All claims cancelled | 8% | 13% | 21% | 11% |
| c.   Claims changes | 70% | 59% | 67% | 64% |

9.    Total ex parte reexamination certificates issued (1981 – present) ………………………6457

| | | |
|---|---|---|
| a.   Certificates with all claims confirmed | 1624 | 25% |
| b.   Certificates with all claims canceled | 721 | 11% |
| c.   Certificates with claims changes | 4112 | 64% |

10.   Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

      a.   Certificates – PATENT OWNER REQUESTER ………………………………...2722

| | | |
|---|---|---|
| (1)  All claims confirmed | 611 | 22% |
| (2)  All claims canceled | 214 | 8% |
| (3)  Claim changes | 1897 | 70% |

      b.   Certificates – 3rd PARTY REQUESTER ……………………………………….3588

| | | |
|---|---|---|
| (1)  All claims confirmed | 995 | 28% |
| (2)  All claims canceled | 476 | 13% |
| (3)  Claim changes | 2117 | 59% |

      c.   Certificates – COMM'R INITIATED REEXAM ……………………..………….....147

| | | |
|---|---|---|
| (1)  All claims confirmed | 18 | 12% |
| (2)  All claims canceled | 31 | 21% |
| (3)  Claim changes | 98 | 67% |